■ JEFFREY L. KOSINSKI, Appellant, v CONSOLIDATED RAIL CORPORATION, Respondent. (Appeal No. 2.) [601 NYS2d 890] — Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Set Aside Verdict.) Present—Denman, P. J., Balio, Lawton, Doerr and Boehm, JJ.